ARTHUR LEVINE, as Surviving Executor, etc., of MORRY LEVINE, Deceased, Respondent, v. IRVING TRUST COMPANY, Appellant.—Action in replevin to recover possession of certain bonds, or their value. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IDA PERLMAN and Others, Appellants, v. SIMON GOLDAE, Respondent.—Appeal from a judgment entered on decision dismissing the complaint and adjudging that the general release executed by plaintiffs to defendant is valid and a bar to any action or proceeding against the defendant. The action was instituted in equity to rescind, vacate and set aside a general release and settlement, and to compel the defendant to render an account of all moneys received and disbursed by him on behalf of the plaintiffs. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDWARD E. BABCOCK, Appellant, v. MARTHA S. REYNOLDS, Respondent.— This action for real estate broker's commission was tried without a jury and a verdict directed in favor of plaintiff on which judgment was entered. The appeal is from an order granting defendant's motion to vacate the judgment and for a new trial, and bringing up for review an order denying plaintiff's motion for leave to reargue de novo the motion granting a new trial. Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA BUNIN, Respondent, v. SHAPIRO PHARMACY, INCORPORATED, Appellant. —Action to recover damages for injuries sustained by plaintiff in slipping and falling on the floor in defendant's drug store. Judgment entered on verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of the GREATER NEW YORK-SUFFOLK TITLE AND GUARANTEE COMPANY, Respondent, v. FRANK C. BARKER and Others, Defendants, Impleaded with JOSEPH D. NUNAN, JR., Appellant.— Order denying motion of defendant-appellant for judgment dismissing the complaint as to him affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes to reverse and grant the motion.

THOMAS BRADLEY, Appellant, v. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Respondent.—Action to recover $7,560 as damages for alleged fraud in the sale to plaintiff of five shares of stock of defendant bank. Judgment dismissing the complaint at the close of case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration between SANDER METSELAAR, Respondent, and LEON SPILKY, Appellant.— Order, as resettled, granting motion of Sander Metselaar to vacate order confirming award of arbitrators, and the judgment entered thereon, and directing a new trial by arbitration, reversed, with twenty dollars costs and disbursements, the motion denied and the judgment reinstated. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes for affirmance.